# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER ADAM DULWORTH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 2:19-cv-00035** |
| | ) | |
| **ANDREW M. SAUL,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is a Report and Recommendation (Doc. No. 21) recommending that the Court deny Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 18). No timely objections have been filed.

Upon de novo review of the record, the Report and Recommendation is **APPROVED AND ADOPTED**. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 18) is **DENIED**, the final decision of the Commissioner is **AFFIRMED**, and this action is **DISMISSED**.

This Order is a final judgment.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE